# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| ROBERT E. RUSSELL,<br><br>  Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>  Defendant. | ED CV 12-2222 TJH (SPx)<br><br><br>Order<br>[JS-6] |

The parties have filed a joint stipulation requesting dismissal.

It is Ordered that this action be, and hereby is, Dismissed, with prejudice.

It is further Ordered that each party bear its own attorney's fees and costs.

Date:  October 2, 2013

_____
Terry J. Hatter, Jr.
Senior United States District Judge